IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BURT ANTHONY BURTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHALENA COOK JONES, in her )<br>individual and official )<br>capacities; MICHAEL L. EDWARDS, )<br>in his individual capacity; and )<br>CHATHAM COUNTY GEORGIA; )<br>)<br>Defendants. )<br>) | CASE NO. CV423-111 |

### O R D E R

Before the Court is the parties' Stipulation Voluntarily Dismissing Michael L. Edwards as a Party-Defendant Without Prejudice. (Doc. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." The Eleventh Circuit has also "recognized that Rule 41(a) allows a district court to dismiss all claims against a particular defendant." Rosell v. VMSB, LLC, 67 F.4th 1141, 1144 n.2 (11th Cir. 2023) (emphasis omitted). Because the stipulation dismisses all claims against Defendant Edwards and is signed by all the parties who have appeared, the parties' request (Doc. 19) is **GRANTED**. A dismissal is without prejudice unless a notice or stipulation states otherwise. Fed. R. Civ. P. 41(a)(1)(B). Here,

the parties have specified the dismissal is without prejudice. Defendant Edwards is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to amend the case caption to remove Defendant Edwards as a defendant in this case.

SO ORDERED this 7th day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA