IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE : REASSIGNMENT OF CASES ) MC 1:23 -
)
)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2023 OCT -2 P 1:58

CLERK
SO. DIST. OF GA.

### ORDER

MC123-024

IT IS HEREBY ORDERED that the below captioned cases be reassigned as follows:

**Reassigned to the Honorable J. Randal Hall:**

| Case Number | Caption |
|---|---|
| 4:15-cv-00149 | Storey v. Effingham County, et al |
| 4:19-cv-00075 | Hayward v. Doe, et al |
| 4:20-cv-00245 | Oliver v. United States of America |
| 4:21-cv-00167 | James v. United States of America |
| 4:22-cv-00047 | United States of America, for the Use and Benefit of Southern Equipment & Services, LLC, et al v. Windamir Development, Inc., et al |
| 4:22-cv-00070 | Lawson v. TSAY/Ferguson-Williams, LLC |
| 4:22-cv-00083 | Enzor v. The Kroger Co. |
| 4:22-cv-00087 | Alvarez v. Iron Works Union Local 709, et al |
| 4:22-cv-00139 | Moore v. Walmart Stores East LP (Delaware) |
| 4:22-cv-00204 | Gonzalez, et al v. Waupaca Elevator Company, Inc. |
| 4:22-cv-00231 | Relaford v. Danforth |
| 4:22-cv-00244 | Warren v. United States of America |
| 4:22-cv-00264 | Brewer v. Chambers, et al |
| 4:22-cv-00286 | Chiesi v. Commissioner of Social Security |
| 4:22-cv-00294 | Mulligan v. The United States of America |
| 4:23-cv-00031 | Cotton v. Quantix |
| 4:23-cv-00051 | Jackson, et al v. Guild Mortgage Company |
| 4:23-cv-00058 | Birkofer, et al v. American Senior Products, LLC |
| 4:23-cv-00072 | Houston v. Lyons, et al |
| 4:23-cv-00101 | Dyer v. Liberty County Jail, et al |
| 4:23-cv-00112 | United States of America v. $3,031,059.45 in U.S. Currency Seized from JP Morgan Chase Account Ending in #5012, et al. |
| 4:23-cv-00125 | Gable, et al v. Luffman, et al |
| 4:23-cv-00136 | Hunter v. Kijakazi |
| 4:23-cv-00152 | Gilmore v. United States of America |

| | |
|---|---|
| 4:23-cv-00161 | Milton v. SPIDA USA, LLC, et al |
| 4:23-cv-00170 | A.D., et al v. Effingham County School District, et al |
| 4:23-cv-00177 | Progressive Mountain Insurance Co v. Walker Towing, et al |
| 4:23-cv-00178 | Oliver v. McLane, Bednarski, & Litt, L.L.P. et al |
| 4:23-cv-00201 | Walden v. Flying Fish Bar & Grill, Inc. |
| 4:23-cv-00217 | United States of America for the use and benefit of Blankenship Group, Inc., et al v. Poettker Construction Company, et al |
| 4:23-cv-00222 | Watson v. The Reserves Network Inc., et l |
| 4:23-cv-00230 | Montgomery v. Trask, et al |
| 4:23-cv-235 | Martin v. Welcher, et al |
| MC | |
| 4:17-mc-00003 | In Re: Matthew Washington |
| 4:19-mc-00008 | Ferg v. Wells Fargo Home Mortgage, et al |
| 4:22-mc-00007 | Restricted Filer |
| 4:22-mc-00009 | Restricted Filer |

**Reassigned to the Honorable Lisa Godbey Wood:**

| Case Number | Caption |
|---|---|
| 4:14-cv-00143 | Croslen v. City of Savannah, et al |
| 4:16-cv-00189 | Schwindler v. Holt |
| 4:19-cv-00116 | Seafoodlicious, Inc. v. Tang et al |
| 4:19-cv-00211 | Rivera-Lopez v. Lockheed Martin Corporation, et al |
| 4:20-cv-00126 | Jackson v. United States of America |
| 4:20-cv-00251 | Bostic v. United States of America |
| 4:22-cv-00062 | Garvin v. TransAm Trucking, Inc, et al |
| 4:22-cv-00071 | Beckworth v. Sanders, et al |
| 4:22-cv-00159 | Graham v. O'Neal, et al |
| 4:22-cv-00210 | Waits v. Tidewater Transit Co. Inc., et al |
| 4:22-cv-00235 | Brown v. Chatham County Voter's Registration |
| 4:22-cv-00259 | Brown v. Express Professional Staffing |
| 4:22-cv-00270 | United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the US and Canada, AFL-CIO, Local 188 Pension fund et al v. The Mechanical Shop, Inc. |
| 4:22-cv-00290 | United States of America v. JJBRUN Joint Venture, LLC, et al |
| 4:22-cv-00295 | Futch v. FedEx Ground, et al |
| 4:23-cv-00010 | Isonhart v. Step One Automotive CSS, LLC, et al |
| 4:23-cv-00027 | Chmura v. The United States of America |
| 4:23-cv-00054 | USI Insurance Services LLC v. Tillman, et al |
| 4:23-cv-00060 | Jasper v. United States of America |

| 4:23-cv-00079 | Graycor Construction Company, Inc. v. IES Commenrcial, Inc |
| --- | --- |
| 4:23-cv-00104 | Harper v. Wormuth |
| 4:23-cv-00114 | Trustees of Southern Iron Workers Pension Fund, et al v. The Mechanical Shop, Inc. |
| 4:23-cv-00126 | Middleton v. Uhaul Corporation, et al |
| 4:23-cv-00143 | Martin v. Chatham County Sheriff's Office, et al |
| 4:23-cv-00153 | Jones v. Lowe's Home Centers, LLC |
| 4:23-cv-00165 | Bellamy v. Department of Veterans Affairs, et al |
| 4:23-cv-00174 | Martin v. Chatham County Sheriff's Office, et al |
| 4:23-cv-00182 | Brown v. MSC Ship Management, LTD, et al |
| 4:23-cv-00202 | Shellman v. Xenia Hotels & Resorts, Inc., et al |
| 4:23-cv-00206 | Middleton v. City of Savannah Police Dept. |
| 4:23-cv-00210 | Sealy, et al v. Dolgencorp, LLC, et al |
| 4:23-cv-00177 | Progressive Mountain Insurance Company v. Walker Towing, LLC, et al |
| 4:23-cv-00226 | Wiggns v. Anderson, et al |
| 4:23-cv-00231 | Lee v. Pooler Georgia Police Department, et al |
| 4:23-cv-00240 | Cook, et al v. Wells Fargo Bank NA |

**Reassigned to the Honorable R. Stan Baker:**

| Case Number | Caption |
| --- | --- |
| 4:15-cv-00093 | Clayton v. Savannah Chatham Metropolitan Police Department, et al |
| 4:18-cv-00184 | Huffman v. The Davey Tree Expert Company, et al |
| 4:19-cv-00169 | Cocke, et al v. United States of America, et al |
| 4:19-cv-00174 | Hunter, et al v. United States of America, et al |
| 4:20-cv-00141 | Edwards v. United States of America |
| 4:21-cv-00095 | Goldwire v. Alston, et al |
| 4:21-cv-00363 | Cheley v. Hall |
| 4:22-cv-00067 | Hodges, et al v. Chatham County, Georgia, et al |
| 4:22-cv-00114 | Gregg v. McDonogh |
| 4:22-cv-00170 | Terrell v. The United States of America |
| 4:22-cv-00227 | Holmes v. Baxter, et al |
| 4:22-cv-00243 | Warren v. United States of America |
| 4:22-cv-00263 | Piacentini, et al v. United States of America, Department of Treasury, Internal Revenue Service |
| 4:22-cv-00276 | Turner v. Camping World, Inc., et al |
| 4:22-cv-00291 | Crestwood Management, LLC, et al v. Ferguson, et al |
| 4:22-cv-00299 | Roach v. Liberty County Jail, et al |
| 4:23-cv-00030 | Ulino v. HHC TRS Savannah, LLC, et al |
| 4:23-cv-00039 | Brinson v. Gillison, et al |
| 4:23-cv-00046 | Thomas v. Pangburn |

| 4:23-cv-00055 | Blue Force Gear, Inc. v. Concealed Carrier, LLC, et al |
| --- | --- |
| 4:23-cv-00063 | Butler v. Pinerio, et al |
| 4:23-cv-00091 | United States of America v. House of Prayer Bible Seminary |
| 4:23-cv-00111 | Burton v. Jones, et al |
| 4:23-cv-00132 | Barnes v. Georgia-Pacific, LLC, et al |
| 4:23-cv-00144 | Chapman v. Wal-mart Stores East, LP, et al |
| 4:23-cv-00157 | Ward v. Lowes Home Centers, LLC, et al |
| 4:23-cv-00169 | Nails v. Sedgwick Claims Management Services Inc., et al |
| 4:23-cv-00197 | Gray v. Hemminger |
| 4:23-cv-00185 | King v. U.S. Supreme Court, et al |
| 4:23-cv-00190 | Global Ordnance, LLC, et al v. Evans Delivery Company, Inc., et al |
| 4:23-cv-00198 | Jenkins v. Port Wentworth Police Department, GA, et al |
| 4:23-cv-00205 | Kitchen v. Sutton, et al |
| 4:23-cv-00213 | Hargrove v. HCA, et al |
| 4:23-cv-00221 | United States of America v. Shambayati, et al |
| 4:23-cv-00227 | Hamilton v. Freeport Transportation, LLC |
| 4:23-cv-00234 | Threatt v. SNF Holding Company, et al |
| 5:02-cv-00116 | Jones v. Head |

SO ORDERED, this 2nd day of October, 2023.

J. RANDAL HALL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA