IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BURT ANTHONY BURTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SHALENA COOK JONES, in her Individual and Official Capacities; and CHATHAM COUNTY, GEORGIA,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-111 |

**O R D E R**

Before the Court is a Motion to Drop Defendant Chatham County, Georgia, which was signed and filed on July 2, 2024, by counsel for Plaintiff and counsel for Defendant Chatham County ("the County"). (Doc. 29.) Therein, Plaintiff states that he no longer wishes to pursue claims against the County and, therefore, he and the County seek the dismissal, with prejudice, of Chatham County from this case. The County's sole co-Defendant, Shalena Cook Jones, did not join in this Motion but also has not voiced any objection to the request. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** the Motion, (id.), and **DISMISSES**

Defendant Chatham County **WITH PREJUDICE**.  The Court **DIRECTS** the Clerk of Court to **TERMINATE** Chatham County from this case and to **UPDATE** the docket accordingly.

**SO ORDERED**, this 9th day of September, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA