IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BURT ANTHONY BURTON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-111 |
| v. | |
| SHALENA COOK JONES, in her official capacity, | |
| Defendant. | |

**O R D E R**

On October 9, 2025, counsel for Plaintiff and counsel for Defendant advised the Court that the parties have resolved this matter and are in the process of completing their obligations under the settlement agreement.  (Doc. 73.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the

parties fail to file a dismissal (or, if necessary, move to reopen the case)[1] within **forty-five (45) days**, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 10th day of October, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] A trial of this case is currently scheduled to begin on October 21, 2025, with a pretrial conference to be held on October 14, 2025. Along with their Notice of Settlement, the parties have filed a Joint Motion to Stay Proceedings. (Doc. 74.) In light of the administrative stay being entered pursuant to this Order, the Motion is **DENIED AS MOOT**. However, the Court hereby **CONTINUES** the pretrial conference and the trial. In the event the case is reopened rather than dismissed, the Court will, during a scheduling hearing with the parties, reschedule those events for later dates.